IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEREMY F. AHLIJAH, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 20-63-CFC |
| ALEJANDRO MAYORKAS, et al., | : |
| Defendants. | : |

## ORDER

At Wilmington on this Twenty-sixth day of June in 2024 for the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for reconsideration (D.I. 63) is **DENIED**.

2. Defendants' motion for summary judgment (D.I. 59) is **GRANTED**.

3. The Clerk of Court is directed to enter judgment in favor of Defendants and against Plaintiff and to close the case.

_____
Chief Judge